**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

In re:

RESIDENTIAL CAPITAL, LLC,

                Debtor.
------------------------------------------------------------X

ROBYNNE ARIEL FAULEY, interested party,

                Appellant,

        -against-

RESCAP LIQUIDATING TRUST, et al.,

                Appellees.
------------------------------------------------------------X

18 **CIVIL** 4748 (VSB)

**JUDGMENT**

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated

in the Court's Opinion & Order dated March 30, 2022, the First Order is AFFIRMED and the

Second Order is AFFIRMED AS MODIFIED; accordingly, the case is closed.

**Dated:** New York, New York
       March 31, 2022

                    **RUBY J. KRAJICK**

                    **Clerk of Court**

        **BY:**

                    **Deputy Clerk**